Form a7ogrfee

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
## 120 West Third Street
## Dayton, OH 45402–1819

In Re: William Michael Hoelscher

Debtor(s)

SSN/TAX ID:
    xxx–xx–0165

Case No.: 3:10–bk–32198

Chapter: 7

Judge: Guy R Humphrey

**Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee**

    Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

Dated: May 4, 2010

Guy R Humphrey
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0648-3          User: nuttj              Page 1 of 1              Date Rcvd: May 04, 2010
Case: 10-32198                Form ID: a7ogrfee        Total Noticed: 1
```

```
The following entities were noticed by first class mail on May 06, 2010.
db          +William Michael Hoelscher,   1590 E High St,   # 8,   Springfield, OH 45505-1256

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2010**              Signature:     *Joseph Speetjens*